MARCH 31, 1948

No. 52253.—SUIT 4564.—United States v. Geo. S. Bush & Co., Inc., et al.—
—Abstract 51351 affirmed January 27, 1948.
C. A. D. 381.

APRIL 5, 1948

No. 52254.—SUIT 4581.—United States v. Joseph Fischer as Liquidating Agent
of Schmoll Fils Assd., Inc., et al.—
—Reap. Dec. 6950 reversed and remanded January 6, 1948
C. A. D. 377.